IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Krista McNeil, individually and as the Guardian of El.G. and Et.G. both minors,

        Plaintiff,

v.

Federal Bureau of Investigations Special Agent Brian Duda and currently unknown members of the Federal Bureau of Investigations,

        Defendants.

**Case No.**

**Jury Trial Demand**

## COMPLAINT

Plaintiff Krista McNeil, individually and as the Guardian and Next Friend of El. G. (a minor) and Et. G. (a minor) complains of Defendant FBI Special Agent Brian Duda and currently unknown members of the FBI as follows:

## PARTIES AND JURISCITION

**1.** Plaintiff Krista McNeil is a resident of the State of Illinois.

**2.** Plaintiff Krista McNeil is the mother of El. G, a minor, and Et. G, a minor. El. G and Et. G are residents of the State of Illinois.

**3.** Brian Duda was, during the relevant time, employed by the Federal Bureau of Investigations and acted within the scope of his employment and under color of law.

**4.** Currently unknown members of the Federal Bureau of Investigations were, during the relevant time, employed by the Federal Bureau of Investigations and acted within the scope of their employment and under color of law.

1

## JURISDICTION AND VENUE

**5.** This action arises under the Constitution of the United States, particularly the Fourth and Fourteenth Amendments to the Constitution of the United States, under the laws of the United States, particularly the Civil Rights Act, Title 42 of the United States Code, Sections 1983 and 1988.

**6.** The jurisdiction of this Court is invoked under the provisions of Title 28 of the United States Code, Sections 1331 and 1343.

**7.** Venue is proper in the United States District Court for the Northern District of Illinois, Western division, under Title 28 of the United States Code, Section 1391(b)(2), as the events complained of occurred within this district.

## FACTUAL ALLEGATIONS

**8.** On or about October 7, 2021, Plaintiff and El. G and Et. G were located at their home, in Roscoe, Illinois.

**9.** In the early morning hours, Plaintiff was awakened by loud explosions. Upon information and belief, these explosions were flash bangs deployed by currently unknown FBI agents.

**10.** The use of the flash bang devices was not objectively reasonable based on the totality of the circumstances.

**11.** Plaintiff, who was naked from the waist down, ran to the room of her children to protect them as she did not know what was happening.

**12.** Currently unknown FBI agents then entered Plaintiff's home through a balcony window.

**13.** These currently unknown FBI agents were wearing tactical gear and had assault rifles.

**14.** These currently unknown FBI agents demanded the location of an individual named "Xavier."

**15.** Upon information and belief, the currently unknown FBI agents had an arrest warrant for "Xzavior Smith."

**16.** No "Xavier," "Xzavior" or "Xzavior Smith" lived at or had lived at Plaintiff's address.

**17.** Plaintiff informed the currently unknown FBI agents that no "Xavier" lived at her location.

**18.** Upon information and belief, an individual named "Xzavior Smith" had been staying at another condo in Plaintiff's building and was found by the currently known FBI agents hiding in a vehicle trunk that was parked in the garage.

**19.** Upon information and belief, the currently unknown FBI agents did not have a search warrant for Plaintiff's residence nor did these defendants have any lawful authority to enter Plaintiff's residence.

**20.** Upon information and belief, Defendant Duda was the supervising FBI agent on scene and of the currently unknown FBI agents. Upon information and belief, Defendant Duda ordered or condoned the use of the flash bang devices and ordered or condoned the entry of the currently unknown FBI agents into Plaintiff's residence.

**21.** In addition to the shock, fear, and embarrassment suffered by Plaintiffs on October 7, 2021, since then, El. G and Et. G have experienced severe emotional distress.

## CLAIMS

### Count I
### 42 U.S.C. § 1983
### Fourth Amendment

**22.** Plaintiff incorporates all paragraphs of this Complaint as though set forth herein.

**23.** The deployment of the flash bang devices by currently unknown FBI agents was not reasonable based on the totality of the circumstance.

**24.** As such, the deployment of the flash bangs violated the Fourth Amendment rights of Plaintiff, El. G, and Et. G to be free from unreasonable seizures.

**25.** Defendant Duda was, upon information and belief, the supervising agent on scene of the other FBI agents. Defendant Duda either ordered or condoned the use of the flash bang devices and, as such, is subject to supervisory liability for the unreasonable use of force.

**26.** As a result of the violation of their Fourth Amendment rights to be free from unreasonable seizures, Plaintiff, El. G, and Et. G suffered injury.

Wherefore, Plaintiff – individually and as Guardian and Next Friend of El. G and Et. G – prays for judgment in their favor and against Defendants on this count and for an award of compensatory and punitive damages, attorneys' fees, costs, and any other relief deemed just.

**Count II**
**42 U.S.C. § 1983**
**Fourth Amendment**

**27.** Plaintiff incorporates all paragraphs of this Complaint as though set forth herein.

**28.** There was no warrant or lawful basis authorizing currently unknown FBI agents and Defendant Duda to enter Plaintiff's residence.

**29.** As such, the entry of Plaintiff's residence violated the Fourth Amendment rights of Plaintiff, El. G, and Et. G to be free from unreasonable searches.

**30.** In addition to being part of the illegal entry, Defendant Duda was, upon information and belief, the supervising agent on scene of the other FBI agents. Defendant Duda either ordered or condoned the entry of Plaintiff's residence and, as such, is subject to supervisory liability for the unreasonable search.

**31.** As a result of the violation of their Fourth Amendment rights to be free from unreasonable searches, Plaintiff, El. G, and Et. G suffered injury.

Wherefore, Plaintiff – individually and as Guardian and Next Friend of El. G and Et. G – prays for judgment in their favor and against Defendants on this count and for an award of compensatory and punitive damages, attorneys' fees, costs, and any other relief deemed just.

## REQUEST FOR RELIEF

Plaintiff Krista McNeil, individually and as the Guardian and Next Friend of El. G. (a minor) and Et. G. (a minor) respectfully requests this Honorable Court:

a. Enter judgment in her favor and against all Defendants;

b. Award compensatory damages against all Defendants;

c. Award attorney's fees against all Defendants;

d. Award punitive damages against all Defendants; and

e. Grant any other relieve this Court deems just and appropriate.

## JURY DEMAND

Plaintiff hereby demands trial by jury on all claims so triable.


Plaintiff Krista McNeil, individually and as the
Guardian of El.G. and Et.G. both minors,

By: /s/   Jason M. Marx
JASON MARX
SHAWN BARNETT
Hale & Monico, LLC
53 W. Jackson Blvd., Suite 337
Chicago, Illinois 60604
(312) 870-6320
jmarx@halemonico.com
Attorney No. 6279266